AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cudahy, Richard D | Court of Appeals/7th Circuit | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |

5b. ☐ Amended Report

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Chambers 2648 219 South Dearborn Street Chicago, IL 60657 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman of the Board of Directors | ▓▓▓▓ Cudahy Fund |
| 2. Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. Member and Fellow | American Bar Association |
| 4. Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. Member | The Lawyers Club of Chicago |
| 6. Member | Federal Judges' Association |
| 7. Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. Member | American Legion |
| 9. Co-Trustee | ▓▓▓▓ Trust #1, #2 and ▓▓▓ Trust #1 ▓▓▓ |
| 10. Member | Union League Club of Chicago |
| 11. Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. Member | Visiting Committee of the University of Chicago Divinity School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2. _____  _____

3. _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | ███████ Pension Plan B | $ $1,451 |
| 2. 2005 | West Services, book royalties | $ $1,893 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Salary as Medical Doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Energy Bar Association | 4/13 and 4/14, 2005 - Panel speaker for annual meeting in Washington, DC (air fare and lodging) |
| 2. Federal Energy Regulatory Commission (FERC) | Keynote Speaker for 70th Anniversary of Federal Power Act in Washington, DC on 6/29/05 (air fare, ground transportation) |
| 3. Federal Judicial Center | Educational Seminar for Judges in Washington, DC, November 2-4, 2005 (air fare and per diem) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]　NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]　NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▇▇▇▇▇▇▇ | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | K | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | B | Interest | J | T | | | | | |
| 4. -Federted Treas Obl Fund | E | Interest | O | T | | | | | |
| 5. -U S Treas Note 2-15-07 | D | Interest | M | T | | | | | |
| 6. -U S Treas Notes 11-15-08 | C | Interest | M | T | | | | | |
| 7. -U S Treas Note 13 | C | Interest | L | T | | | | | |
| 8. -U S Treas Sec Stripped 2-15-10 | | | M | T | | | | | Col. B (2)--Market disct accretion |
| 9. -Idaho Bldg Rev 06 | C | Interest | K | | Partial Call | Jul 1 | K | D | |
| 10. -JohnsonCntyKS ParkRec 05 | C | Interest | | | matured | Mar 1 | M | F | |
| 11. -Reeths-Puffer Mich Schls 06 | C | Interest | | | pre-refund | May 1 | M | A | |
| 12. -Reeths-Puffer Mich Schls 05 | B | Interest | | | Pre-refund | May 1 | L | A | |
| 13. -Alexandria VA 06 | C | Interest | M | T | | | | | |
| 14. -Carrollton TX 09/06 | D | Interest | M | T | | | | | |
| 15. -Des Moines IA 09/06 | C | Interest | M | T | | | | | |
| 16. -JacksonvilleTX ISD 05 | B | Interest | | | Matured | 2/15 | L | | |
| 17. -Great Valley PA ISD 05 | C | Interest | | | Matured | 2/15 | L | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
    U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Zapata Cnty TX ISD 05 | B | Interest | | | Matured | 8/15 | L | A | |
| 19. -Albuquerque NM StormSewer 07 | C | Interest | M | T | | | | | |
| 20. -Clark Cnty NV Flood Control 10/9 | D | Interest | M | T | | | | | |
| 21. -Port Seattle WA 18/10 | D | Interest | M | T | | | | | |
| 22. -El PasoCnty TX 13/08 | D | Interest | M | T | | | | | |
| 23. -Salt Lake Cnty UT 14/11 | C | Interest | M | T | | | | | |
| 24. -McKinney TX Ser B 15 | D | Interest | M | T | | | | | |
| 25. -Jordan UT School 11 | C | Interest | L | T | | | | | |
| 26. -Mississippi ST 14 | C | Interest | M | T | | | | | |
| 27. -Pittsburg PA School 14 | C | Interest | M | T | | | | | |
| 28. -Arlington TX ISD 14 | C | Interest | M | T | | | | | |
| 29. -Gulf Coast Waste TX 15 | C | Interest | M | T | | | | | |
| 30. -OH ST Bldg Auth 4/1/08 | A | Interest | L | T | Buy | 9/2 | L | | |
| 31. -Columbus NE Comb. 12/15/08 | A | Interest | L | T | Buy | 9/2 | L | | |
| 32. -Wichita, KS 9/1/08 | | None | M | T | Buy | 8/4 | M | | |
| 33. -King Co. WA 1/08 | | None | M | T | Buy | 11/28 | M | | |
| 34. -Utah ST 7/1/08 | A | | M | T | Buy | 11/28 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Univ. AL Gen 10/1/08 | A | | L | T | Buy | 9/21 | M | | |
| 36. -Nicholas Fund | A | Dividend | M | T | | | | | |
| 37. -Vanguard GoldPrecMetals | B | Dividend | M | T | | | | | |
| 38. -Newmont Mining | B | Dividend | L | T | Buy | 3/22 | J | | |
| 39. -First Eagle Sogen Gold | B | Dividend | K | T | Buy | 12/19 | J | | |
| 40. Streettracks Gold Tr | | Dividend | L | T | Buy | 23/30 | L | | |
| 41. -GE Capital Assurance Annuity (now Genworth Life Ins. Co.) | D | Distribution | M | T | | | | | |
| 42. -USBank Milw IRA Cash | A | Interest | K | T | | | | | |
| 43. -Marshl/IlslyBnkMilwIRA-Cash | B | Interest | K | T | | | | | |
| 44. -NuveenTaxExUnitTrusts | A | Interest | J | T | | | | | |
| 45. -HarrisBnkWinnetka Cash/CashEq | A | Interest | K | T | | | | | |
| 46. -HarrisBnkWinnetka C/D | C | Interest | M | T | | | | | |
| 47. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 48. -Marshl/IlslyBnkMilw C/D (IRA) | B | Interest | K | T | | | | | |
| 49. -Brock TX ISD 07 | A | Interest | | | Redemption | 8/15 | J | A | |
| 50. -Arkansas Family Housing 09 | A | Interest | | | Redemption | 1/3 | J | | |
| 51. -NuveenMuniFund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VanKampenValuMuniTrust | A | Dividend | J | T | | | | | |
| 53. -Centennial MonMkt Tr | A | Dividend | J | T | | | | | |
| 54. -NuveenSelectTaxFreeIncome (Tr 525) | A | Dividend | | T | | | | | |
| 55. -Municipal Advantage Fund | B | Dividend | K | T | | | | | |
| 56. -Nuveen Municipal Value Fund | B | Dividend | K | T | | | | | |
| 57. -Neuberger Berman Mun Fund (Intermediate) | B | Dividend | K | T | | | | | |
| 58. -Blackrock Muni Tr. II | B | Dividend | K | T | | | | | |
| 59. ▓▓▓▓▓▓▓▓▓TR #1 - NORTHERN TR CHICAGO CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 60. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 61. -MFB Northern Grwth Eqty Fund | | Dividend | | T | Buy | 12/20 | N | | |
| 62. -MFB Northern Intnatnl GrEqFnd | | Dividend | | T | | | | | |
| 63. -MFB Northern SmallCapIndexFnd | | Dividend | | T | Buy | 12/20 | J | | |
| 64. -Blackfeet Indian Hsg Auth 05 | A | Interest | | | Matured | 5/2 | K | | |
| 65. -MA Refunding 07 | | Interest | | T | | | | | |
| 66. -Davenport IA 08/06 | | Interest | | T | | | | | |
| 67. -Southern IL Univ 09 | | Interest | | T | | | | | |
| 68. -Austin TX ISD 06 | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Atlanta GA Dev Auth 11/08 | | Interest | | T | | | | | |
| 70. -NJ Environmental 10 | | Interest | | T | | .. | | | amort/accrete |
| 71. -Maricopa Cnty AZ SD #4 05 | | Interest | | | Matured | 7/1 | M | | |
| 72. -Maryland 08 | | Interest | | T | | | | | |
| 73. -Forest Hills MI PubSchl 09 | | Interest | | T | | | | | |
| 74. -Summit NJ 12/09 | | Interest | | T | | | | | amort/accrete |
| 75. -Henrico Cnty VA 11 | | Interest | | T | | | | | |
| 76. ████ TR#2/DJ GODFREY JR MILWAUK CO-TTEE | F | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 77. -Federated Treas Oblgatns Fd | | Interest | | T | | | | | |
| 78. -U S Treas Stripped 06 | | Interest | | T | | | | | |
| 79. -U.S. Treas Note 10/31/07 | | | | T | Buy | 11/22 | L | | |
| 80. -Ishares Msci Emerg. Mkts Ind. Fund | | None | | T | Buy | 11/10 | M | | |
| 81. -JohnsonCtyKS Park&Rec 05 | | Interest | | | Matured | 9/1 | M | F | |
| 82. -Reeths-Puffer MI Schl 06 | | Interest | | | Pre-refund | 5/2 | L | A | |
| 83. -Reeths-Puffer MI Schl 05 | | Interest | | | Pre-refund | 5/2 | K | A | |
| 84. -Tempe AZ 09/08 | | Interest | | T | | | | | |
| 85. -Arlington TX 07 | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Clark Cnty NV 10/09 | | Interest | | T | | | | | |
| 87. -Sapulpa OK Cap Impr 14/12 | | Interest | | T | | | | | |
| 88. -Kentucky School 3/1/11 | | Interest | | T | Partial Call | 3/1 | K | | |
| 89. -Portsmouth VA 12/08 | | Interest | | T | | | | | |
| 90. -Portsmouth VA 2012 | | | | T | | | | | |
| 91. -Travis Cnty TX 12/09 | | Interest | | T | | | | | |
| 92. -Pittsburgh PA School 14 | | Interest | | T | | | | | |
| 93. -Gulf Coast Waste TX 15 | | Interest | | T | | | | | |
| 94. -Tacoma WA Water 14 | | Interest | | T | | | | | |
| 95. -Pulaski Cnty AR 15 | | Interest | | T | | | | | |
| 96. -Nicholas Fund | | Dividend | | T | | | | | |
| 97. -Fidelity Equity Inc. Fund | | Dividend | | T | | | | | |
| 98. -Utah ST Ser B 4.5% 2008 | | Interest | | T | Buy | 11/28 | M | | |
| 99. -Salomon Bros Fund | | Dividend | | | Sell | 11/10 | M | | |
| 100. -Vanguard IntnatlGroPofolio | | Dividend | | T | | | | | |
| 101. -Vanguard Index500 Pofolio | | Dividend | | T | | | | | |
| 102. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | er (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Healthcare Portfolio | | Dividend | | T | | | | | |
| 104. T Rowe Price MidCap Growth | | Dividend | | T | | | | | |
| 105. -King Co. WA Ref. Ser. A | | | | T | Buy | 11/28 | L | | |
| 106. Nasdaq 100 Index Trcking Stock | | Dividend | | T | | | | | |
| 107. ▇▇▇▇▇▇ 1976 TRUST/D J GODFREY&JS CUDAHY TTEES | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 108. -FederatedTreasOblFund | | Interest | | T | | | | | |
| 109. -U S Treas Stripped 5-15-06 | | | | T | | | | | Col B (2) - Market disct accretion |
| 110. -JohnsonCntyKSPark&Rec 05 | | Interest | | | Matured | 9/1 | K | | |
| 111. -Reeths-Puffer MI Schl 06 | | Interest | | | Pre-refund | 5/2 | K | | |
| 112. -Reeths-Puffer MI Schl 05 | | Interest | | | Pre-refund | 5/2 | K | | |
| 113. -Alexandria VA 06 | | Interest | | T | | | | | |
| 114. -Tempe AZ 10/08 | | Interest | | T | | | | | |
| 115. -Clark Cnty NV 10/09 | | Interest | | T | | | | | |
| 116. -Kentucky School 3/1/11 | | Interest | | T | Partial Call | 3/1 | J | | |
| 117. -KY School 2011 | | Interest | | T | | | | | |
| 118. -Pittsburgh PA School 14 | | Interest | | T | | | | | |
| 119. -Pulaski Cnty AR 15 | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Beaufort Cnty. S.C. | | Interest | | T | | | | | |
| 121. -Ishares Msci Emerg. Mkts Ind. Fund. | | | | T | Buy | 11/10 | L | | |
| 122. -King Co. WA Ref. Ser. A 2008 | | | | T | Buy | 11/28 | L | | |
| 123. -Nicholas Fund | | Dividend | | T | | | | | |
| 124. -Fidelity Equity Income Fund | | Dividend | | T | | | | | |
| 125. -Salomon Bros Fund | | Dividend | | | Sell | 11/10 | K | | |
| 126. -VanguardWorldIntnatlGrowth | | Dividend | | T | | | | | |
| 127. -Vanguard Index Tr 500 | | Dividend | | T | | | | | |
| 128. -Vanguard Health Care | | Dividend | | T | | | | | |
| 129. -AIM Invesco Finan Svcs | · | Dividend | | T | | | | | |
| 130. -T Rowe Price MidCap Growth | | Dividend | | T | | | | | |
| 131. Nasdaq 100 Index | | Dividend | | T | | | | | |
| 132. RDC CO - ptnrshp ▓▓▓▓ Wntka IL custodian | F | | P1 | T | | · | | | B(2) = div, int, cap gain distributions |
| 133. -CashMarshall/IlsleyBnk Milw | | Interest | | T | | | | | |
| 134. -Gen Municipal Money Mkt | | Interest | | T | | | | | |
| 135. -S&P DeposRecptsSerl Com Stk | | Dividend | | T | | | | | |
| 136. -Streettracks Gold | | Interest | | T | Buy | 12/7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Tamarack Large Cap Eq Fund | | None | | T | Sell | 11/18 | L | | |
| 138. -Fidelity Magellan Fund | | Dividend | | T | Sell | 10/27 | L | E | |
| 139. -Fidelity Equity Income Fund | | Dividend | | T | Sell | 10/27 | M | F | |
| 140. -Salomon Bros Fund | | Dividend | | | Sell | 10/26 | L | A | |
| 141. -Nicholas Fund | | Dividend | T | | | | | | |
| 142. -Health Care Select SPDR | | Dividend | T | | Remove | | | | Believe to be duplication |
| 143. -Select Sector Spdr Tr Sbl Int-Tech | | Dividend | T | | | | | | |
| 144. -Select Sector Spdr Tr Sbi Int-Inds | | Dividend | T | | | | | | |
| 145. -Health Care Select Sector SPDR | | Dividend | T | | | | | | |
| 146. -Select Sector Spdr Tr Sbi Int-Tech | | Dividend | T | | | | | | |
| 147. -Conway AR SalesUseTax 05 | | Interest | | | Matured | 12/1 | L | | |
| 148. -MS St Cap Imp Bldg Fund | | Interest | T | | | | | | |
| 149. -CypressFairbanks TX ISD 07 | | Interest | T | | | | | | |
| 150. -Lumberton, TX ISD 10 | | Interest | T | | | | | | |
| 151. -Ohio ST Pub Facil 09 | | Interest | T | | | | | | |
| 152. -Zapata Co TX ISD 08 | | Interest | T | | | | | | |
| 153. -Reeths-Puffer MI Schls 06 | | None | | | Pre-refund | 5/5 | K | A | pre-refunded portion |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Reeths-Puffer MI Schls 06 | | None | | | Sell | 5/5 | K | A | unrefunded balance |
| 155. -Ishares MSCI Eafe Ind. Fund | | Interest | L | T | Buy | 10/26 | L | | |
| 156. -Ishares MSCI Emerg Mkts Ind. | | Interest | L | T | Buy | 10/26 | L | | |
| 157. -Ishares MSCI Emerg Mkts Ind. | | Interest | K | T | Buy | 12/5 | K | | |
| 158. -AK State Housing 10 | | Interest | | T | | | | | |
| 159. -Arlington TX Imprvmnt 07 | | Interest | | T | | | | | |
| 160. -WA State HCFA Rev 08 | | Interest | | T | | | | | |
| 161. -Nazareth TX ISD 10 | | Interest | | T | | | | | |
| 162. -CollinCnty TX CommunCollg 16 | | Interest | | T | | | | | |
| 163. -U S Treas Stripped 11-15-07 | | | | T | | | | | Col B2-mkt disct accretion |
| 164. -U S Treas Notes 8-15-13 | | Interest | | T | | | | | |
| 165. ▉▉▉▉▉▉ TR #1 FBO PG | E | | P1 | T | | | | | B2 - div, cap gain distributions |
| 166. D J Godfrey, Milwaukee, WI Co-trustee | | | | | | | | | |
| 167. -FederatdTreasOblgtnsFund | | Interest | | T | | | | | |
| 168. -US Treas Notes 10/31/07 | | Interest | | T | Buy | 11/22 | K | | |
| 169. -U S Treas Notes 8-15-09 | | Interest | | T | | | | | |
| 170. -Albuquerque NM SD 012 11 | | Interest | | | Call | 8/1 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Austin TX Ctfsoblig 09/08 | | Interest | | T | | | | | |
| 172. -ClarkCnty NV FloodConrol 06 | | Interest | | T | | | | | |
| 173. -King Cnty WA SD412 06 | | Interest | | T | | | | | |
| 174. -King Co. WA Ref Ser A 2008 | | | | T | Buy | 11/28 | K | | |
| 175. -Nixa MO SDR02 10/08 | | Interest | | T | | | | | |
| 176. -Omaha Neb Elec Rev 05 | | Interest | | | Matured | 2/1 | L | | |
| 177. -StLouisCntyMO SD R-6 09/08 | | Interest | | T | | | | | |
| 178. -Tennessee Sch Board 12/08 | | Interest | | T | | | | | |
| 179. -Sapulpa Okla CapImprov 14/12 | | Interest | | T | | | | | |
| 180. -Utah St. Ser B 2008 | | | | T | Buy | 11/28 | L | | |
| 181. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 182. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 183. -Nicholas Fund | | Dividend | | T | | | | | |
| 184. -T RowePriceMid-CapGrwthFd | | Dividend | | T | | | | | |
| 185. -Salomon Bros Fund | | Dividend | | | Sell | 11/10 | K | | |
| 186. -Ishares Msci Emerging Mkts Ind. Fund | | | | T | Buy | 11/10 | L | | |
| 187. -Vanguard Health Care | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns Cl and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -VanguardWorldInternatlGrwth | | Dividend | | T | | | | | |
| 189. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 190. Nasdaq 100 Index Tracking Stock | | Dividend | | T | | | | | |
| 191. ▆▆▆▆TRUST #1 FBO ML | E | | P1 | T | | | | | B 2=div, int, cap gain distributions |
| 192. D J Godfrey Milwaukee, WI - Co-Trustee | | | | | | | | | |
| 193. -FederatedTreasOblFund | | Interest | | T | | | | | |
| 194. -U.S. Treas. Notes 10/31/07 | | | | T | Buy | 11/22 | K | | |
| 195. -U S Treasury Notes 8-15-09 | | Interest | | T | | | | | |
| 196. -Utah ST 7/1/08 | | | | T | Buy | 11/28 | L | | |
| 197. -Albuquerque NM SD #012 11/08 | | Interest | | | Call | 8/1 | L | A | |
| 198. -Austin TX Ctfs Obl 09/08 | | Interest | | T | | | | | |
| 199. -Clark Cnty N V Flood Cntrl 06 | | Interest | | T | | | | | |
| 200. -King Cnty WA SD #412 06 | | Interest | | T | | | | | |
| 201. -King Co. WA 2008 | | None | | T | Buy | 11/28 | K | | |
| 202. -Nixa MO SD R02 10/08 | | Interest | | T | | | | | |
| 203. -OmahaNebPubPowElecRev 05 | | Interest | | | Matured | 2/1 | L | | |
| 204. -StLouis CntyMO SD R6 09/08 | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -TN SchoolBoard Auth 12/08 | | Interest | | T | | | | | |
| 206. -Sapulpa Okla Cap Improv 14/12 | | Interest | | T | | | | | |
| 207. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 208. -AIM Invesco Finan Svcs | | Dividend | | T | | | | | |
| 209. -Nicholas Fund | | Dividend | | T | | | | | |
| 210. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 211. -Salomon Bros Fund | | Dividend | | | Sell | 11/10 | K | | |
| 212. -Vanguard Health Care | | Dividend | | T | | | | | |
| 213. -VanguardWorldInternatlGrowth | | Dividend | | T | | | | | |
| 214. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 215. -Ishares Msci Emerging Mkts Ind. Fund | | Dividend | | T | Buy | 11/10 | L | | |
| 216. Nasdaq 100 Index | | Dividend | | T | | | | | |
| 217. ████████ TRUST #2 FBO PG | D | | O | T | | | | | B2 = div, int. cap gain distributions |
| 218. D J Godfrey & J Holtz, Milwaukee, Trustees | | | | | | | | | |
| 219. -Federated Treas Obl Fund | | Interest | | T | | | | | |
| 220. -U S Treas Note 8-15-13 | | Interest | | T | | | | | |
| 221. -U S Treas Secur Stripped 06 | | | | T | | | | | Col B(2) - Market disct accretion |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Austin TX 09/08 | | Interest | | T | | | | | |
| 223. -Clark Cnty NV 06 | | Interest | | T | | | | | |
| 224. -Kentucky School 3/1/11 | | Interest | | T | Partial Call | 3/1 | J | | |
| 225. -King Co. WA Ref. Ser. A 2008 | | | | T | Buy | 11/28 | K | | |
| 226. -Ishares Msci Emerg Mktr. Ind. Fund | | | | T | Buy | 11/10 | K | | |
| 227. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 228. -AIM InvescoFinan Svcs | | Dividend | | T | | | | | |
| 229. -Nicholas Fund | | Dividend | | T | | | | | |
| 230. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 231. -Salomon Bros Fund | | Dividend | | | Sell | 11/10 | J | | |
| 232. -Vanguard Health Care | | Dividend | | T | | | | | |
| 233. -VanguardWorldInternatlGrwth | | Dividend | | T | | | | | |
| 234. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 235. Nasdaq 100 Index | | Dividend | | T | | | | | |
| 236. ███████ TRUST #2 FBO ML | D | | O | T | | | | | B2-div, int, cap gain distributions |
| 237. D J Godfrey & J Holtz, Milwaukee, Trustees | | | | | | | | | |
| 238. -Federated Treas Obl Fund | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -U S Treas Note 8-15-13 | | Interest | | T | | | | | |
| 240. -U S Treas Stripped 06 | | | | T | | | | | Col B(2) mkt isct accretion |
| 241. --Austin TX 09 | | Interest | | T | | | | | |
| 242. -Clark Cnty NV 06 | | Interest | | T | | | | | |
| 243. -King Co. WA Ref. Ser. A | | | | T | Buy | 11/28 | K | | |
| 244. -Kentucky School 3/1/11 | | Interest | | T | Partial Call | 3/1 | J | | |
| 245. -Ishares Msci Emerg. Mkts Ind Fd | | | | T | Buy | 11/10 | K | | |
| 246. -Fidelity Equity Income | | Dividend | | T | | | | | |
| 247. -AIM Inesco Finan Svcs | | Dividend | | T | | | | | |
| 248. -Nicholas Fund | | Dividend | | T | | | | | |
| 249. -T Rowe Price Mid-cap Growth | | Dividend | | T | | | | | |
| 250. -Salomon Bros Fund | | Dividend | | | Sell | 11/10 | J | | |
| 251. -Vanguard Health Care | | Dividend | | T | | | | | |
| 252. -VanguardWorld InternatllGrowth | | Dividend | | T | | | | | |
| 253. -Vanguard Index 500 | | Dividend | | T | | | | | |
| 254. Nasdaq 100 Index | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cudahy, Richard D | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                          Date   5/8/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544